UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA             3:17CR 47 (SRU)

VS.

THOMAS CONNERTON                     DECEMBER 19, 2017

## MOTION FOR PERMISSION TO SHARE
## CERTAIN DISCOVERY MATERIALS WITH DEFENDANT

The undersigned requests permission to share the following discovery materials directly with the defendant, and to allow him to keep such materials in his personal possession at the Donald W. Wyatt Detention Center:

1. Grand Jury testimony of FBI Agents Stephen West dated March 7, 2017
2. Grand Jury Testimony of Elizabeth McCartney dated March 7, 2017

While the defendant understands that the release of FBI 302 reports or other sensitive materials to the defendant might result in their being circulated in the general jail population, the Grand Jury testimony of two (2) FBI employees poses no threat to either one. Special Agent West's testimony outlines the evidence of the case for the Grand Jury, and Financial Analyst Elizabeth McCartney solely describes the path of funds in and out of defendant's bank accounts. The possession of these documents by the defendant allows him to participate more fully in the defense of this case and poses no risk to either FBI employee.

Although ordinarily discovery materials for review by defendants at Wyatt Detention Center are sent directly to the Librarian, these particular Grand Jury transcripts provide a global and comprehensive summary of the nature of the Government's case against the defendant and would make his participation in that defense more useful. The defendant is not at this time seeking that any other discovery materials to be released directly to him

Assistant U.S. Attorney Michael McGarry objects to the filing of this motion.

>
> THE DEFENDANT
> THOMAS CONNERTON
>
> /s/ Jonathan J. Einhorn
>
> JONATHAN J. EINHORN
> 29 Whitney Avenue
> NEW HAVEN, CT. 06510
> Fed Bar No. ct00163/203-777-37777

## CERTIFICATION

I hereby certify that on this 19th day of December, 2017, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

>
> /s/ Jonathan Einhorn
> JONATHAN J. EINHORN