Crim-Trial (4/2/12)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: R. Jaiman    RPTR/ECRO/TAPE: S. Masse
TOTAL TIME: 7 hours 06 minutes    USPO _____    INTERPRETER _____
DATE: 9/4/2018    START TIME: 8:41    END TIME: 5:02
LUNCH RECESS FROM: 1:02 TO: 2:17
RECESS (if more than ½ hr) FROM: ___ TO: ___

CRIMINAL NO. 3:17cr47(SRU)    Deft # 1

UNITED STATES OF AMERICA

vs

Thomas J. Connerton

Michael McGarry and Lauren Clark
AUSA

Jonathan Einhorn
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 13 and ___ alternates report ☐ Jury sworn.
- [x] ☒ Juror # 9 excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☒ Jury Trial continued until 9/5/2018 at 8:30am
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐ ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

# CRIMINAL JURY/COURT TRIAL (continued)

- ☐ ......... Court declares MISTRIAL as to Defendant _____
- ☐ ......... Jury Verdict filed
- ☐ ......... Oral Verdict
- ☐ ......... Court Verdict
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... Court accepts verdict and orders verdict verified and recorded
- ☐ ......... Jury polled
- ☐ ......... Sentencing set _____ at _____ as to Deft _____
- ☐ ......... Sentencing set _____ at _____ as to Deft _____
- ☐ ......... Prob 246B Order for PSI & Report
- ☐ ......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ ......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Deft _____ REMANDED to custody
- ☐ ......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

NOTES OR
MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____