Crim-Trial (4/2/12)

HONORABLE:_____

DEPUTY CLERK_____    RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes    USPO_____INTERPRETER_____

DATE:_____    START TIME: _____    END TIME:_____

LUNCH RECESS   FROM: _____    TO: _____

RECESS (if more than ½ hr)   FROM: _____    TO: _____

CRIMINAL NO._____Deft #_____

UNITED STATES OF AMERICA

vs

_____

_____
AUSA

_____
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

☐........   Jury of _____ and _____ alternates report ☐ Jury sworn.
☐........   ☐ Juror # _____ excused ☐ Alternates excused
☐........   Deft _____Failed to appear. Bench warrant issued.
☐........   ☐ Jury Trial held ☐ Jury Trial continued until_____ at _____
☐........   ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
☐..#__   Deft _____motion _____ ☐ granted ☐ denied ☐ advisement
☐..#__   Deft _____motion _____ ☐ granted ☐ denied ☐ advisement
☐..#__   Deft _____motion _____ ☐ granted ☐ denied ☐ advisement
☐..#__   Deft _____motion _____ ☐ granted ☐ denied ☐ advisement
☐..#___   Govt's motion_____ ☐ granted ☐ denied ☐ advisement
☐..#___   Govt's motion_____ ☐ granted ☐ denied ☐ advisement
☐........   Deft _____oral motion _____ ☐ granted ☐ denied ☐ advisement
☐........   Deft_____oral motion _____ ☐ granted ☐ denied ☐ advisement
☐........   Govt's oral motion_____ ☐ granted ☐ denied ☐advisement
☐........   Govt's oral motion_____ ☐ granted ☐ denied ☐ advisement
☐........   _____ ☐ filed
☐........   _____ ☐ filed
☐........   _____ ☐ filed
☐........   _____ ☐ filed
☐........   _____ ☐ filed
☐........   _____ ☐ filed
☐........   ☐ Government rests ☐ Defendant _____rests
☐........   ☐ Summation held ☐ Court's Charge to the Jury
☐........   All full exhibits, ☐Indictment ☐ Information ☐ Verdict form handed to the Jury
☐........   Jury commences deliberations at _____
☐........   Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
☐........   SEE ☐ page II ☐ for additional entries
☐........   Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

☐.......... Court declares MISTRIAL as to Defendant _____

☐.......... Jury Verdict filed

☐.......... Oral Verdict

☐.......... Court Verdict

☐.......... ☐ guilty as to Deft _____ as to counts _____

☐.......... ☐ guilty as to Deft _____ as to counts _____

☐.......... ☐ guilty as to Deft _____ as to counts _____

☐.......... ☐ guilty as to Deft _____ as to counts _____

☐.......... ☐ not guilty as to Deft _____ as to counts _____

☐.......... ☐ not guilty as to Deft _____ as to counts _____

☐.......... ☐ not guilty as to Deft _____ as to counts _____

☐.......... ☐ not guilty as to Deft _____ as to counts _____

☐.......... Court accepts verdict and orders verdict verified and recorded

☐.......... Jury polled

☐.......... Sentencing set _____ at _____ as to Deft _____

☐.......... Sentencing set _____ at _____ as to Deft _____

☐.......... Prob 246B Order for PSI & Report

☐.......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____

☐.......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____

☐.......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____

☐.......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft_____

☐.......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft_____

☐.......... Deft _____ REMANDED to custody

☐.......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____