United States District Court
District of Connecticut
FILED AT BRIDGEPORT
9/17/2018
Roberta D. Tabora, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES

v.

No. 3:17-cr-47 (SRU)

THOMAS J. CONNERTON

# VERDICT FORM

We, the jury, unanimously find:

## I.  Wire Fraud

With respect to COUNT ONE, charging Thomas J. Connerton with wire fraud related to a February 24, 2014 email to Margaret Carlson, we the jury unanimously find Mr. Connerton:

_____ Not Guilty         ✓ Guilty

With respect to COUNT TWO, charging Thomas J. Connerton with wire fraud related to a September 9, 2014 email to Thomas Herlihy, we the jury unanimously find Mr. Connerton:

_____ Not Guilty         ✓ Guilty

With respect to COUNT THREE, charging Thomas J. Connerton with wire fraud related to a December 30, 2014 email to Joyce Shetler Holt, we the jury unanimously find Mr. Connerton:

_____ Not Guilty         ✓ Guilty

With respect to COUNT FOUR, charging Thomas J. Connerton with wire fraud related to a February 20, 2015 wire transfer of $27,500 from Joyce Shetler Holt we the jury unanimously find Mr. Connerton:

_____ Not Guilty         ✓ Guilty

1

With respect to <u>COUNT FIVE</u>, charging Thomas J. Connerton with wire fraud related to an April 14, 2015 email to Mark Ricca and Margaret Carlson, we the jury unanimously find Mr. Connerton:

        _____ Not Guilty          ✓ Guilty

With respect to <u>COUNT SIX</u>, charging Thomas J. Connerton with wire fraud related to an April 16, 2015 email to Thomas Herlihy, we the jury unanimously find Mr. Connerton:

        _____ Not Guilty          ✓ Guilty

With respect to <u>COUNT SEVEN</u>, charging Thomas J. Connerton with wire fraud related to an April 21, 2015 email to Mark Ricca, we the jury unanimously find Mr. Connerton:

        _____ Not Guilty          ✓ Guilty

With respect to <u>COUNT EIGHT</u>, charging Thomas J. Connerton with wire fraud related to an August 24, 2015 email to Stacey Maclay, we the jury unanimously find Mr. Connerton:

        _____ Not Guilty          ✓ Guilty

With respect to <u>COUNT NINE</u>, charging Thomas J. Connerton with wire fraud related to a September 23, 2015 email to Stacey Maclay, we the jury unanimously find Mr. Connerton:

        _____ Not Guilty          ✓ Guilty

With respect to <u>COUNT TEN</u>, charging Thomas J. Connerton with wire fraud related to a November 23, 2015 email to H. Brett Humphreys, we the jury unanimously find Mr. Connerton:

        _____ Not Guilty          ✓ Guilty

With respect to COUNT ELEVEN, charging Thomas J. Connerton with wire fraud related to February 8, 2016 email to H. Brett Humphreys, we the jury unanimously find Mr. Connerton:

_____ Not Guilty ✓ Guilty

With respect to COUNT TWELVE, charging Thomas J. Connerton with wire fraud related to a March 19, 2016 email to H. Brett Humphreys, we the jury unanimously find Mr. Connerton:

_____ Not Guilty ✓ Guilty

## II. Mail Fraud

With respect to COUNT THIRTEEN, charging Thomas J. Connerton with mail fraud related to the February 20, 2015 mailing of an executed subscription agreement to Joyce Shetler Holt, we the jury unanimously find Mr. Connerton:

_____ Not Guilty ✓ Guilty

## III. Securities Fraud

With respect to COUNT SIXTEEN, charging Thomas J. Connerton with securities fraud related to an August 2, 2012 securities sale to Margaret Carlson in the amount of $50,000, we the jury unanimously find Mr. Connerton:

_____ Not Guilty ✓ Guilty

With respect to COUNT SEVENTEEN, charging Thomas J. Connerton with securities fraud related to an October 16, 2012 securities sale to Cynthia Hofer in the amount of $15,000, we the jury unanimously find Mr. Connerton:

_____ Not Guilty ✓ Guilty

With respect to COUNT EIGHTEEN, charging Thomas J. Connerton with securities fraud related to a November 16, 2012 securities sale to Cynthia Hofer in the amount of $10,000, we the jury unanimously find Mr. Connerton:

_____ Not Guilty ✓ Guilty

With respect to <u>COUNT NINETEEN</u>, charging Thomas J. Connerton with securities fraud related to a December 27, 2012 securities sale to Stacey Maclay in the amount of $25,000, we the jury unanimously find Mr. Connerton:

    _____ Not Guilty      ✓ Guilty

With respect to <u>COUNT TWENTY</u>, charging Thomas J. Connerton with securities fraud related to a February 8, 2013 securities sale to Stacey Maclay in the amount of $75,000, we the jury unanimously find Mr. Connerton:

    _____ Not Guilty      ✓ Guilty

With respect to <u>COUNT TWENTY-ONE</u>, charging Thomas J. Connerton with securities fraud related to a March 25, 2013 securities sale to Lisa Manganiello in the amount of $50,000, we the jury unanimously find Mr. Connerton:

    _____ Not Guilty      ✓ Guilty

With respect to <u>COUNT TWENTY-TWO</u>, charging Thomas J. Connerton with securities fraud related to a July 25, 2013 securities sale to Margaret Carlson in the amount of $25,000, we the jury unanimously find Mr. Connerton:

    _____ Not Guilty      ✓ Guilty

With respect to <u>COUNT TWENTY-THREE</u>, charging Thomas J. Connerton with securities fraud related to an August 20, 2013 securities sale to Mark Ricca and Linda Ricca in the amount of $25,000, we the jury unanimously find Mr. Connerton:

    _____ Not Guilty      ✓ Guilty

With respect to <u>COUNT TWENTY-FOUR</u>, charging Thomas J. Connerton with securities fraud related to a September 25, 2014 securities sale to Lisa Manganiello in the amount of $25,000, we the jury unanimously find Mr. Connerton:

    _____ Not Guilty      ✓ Guilty

With respect to COUNT TWENTY-FIVE, charging Thomas J. Connerton with securities fraud related to a December 8, 2014 securities sale to Jeffrey Portanova in the amount of $110,000, we the jury unanimously find Mr. Connerton:

\_\_\_\_\_ Not Guilty    ✓ Guilty

With respect to COUNT TWENTY-SIX, charging Thomas J. Connerton with securities fraud related to a February 20, 2015 securities sale to Joyce Shetler Holt in the amount of $27,500, we the jury unanimously find Mr. Connerton:

\_\_\_\_\_ Not Guilty    ✓ Guilty

With respect to COUNT TWENTY-SEVEN, charging Thomas J. Connerton with securities fraud related to a May 14, 2015 securities sale to Thomas Herlihy in the amount of $13,750, we the jury unanimously find Mr. Connerton:

\_\_\_\_\_ Not Guilty    ✓ Guilty

With respect to COUNT TWENTY-EIGHT, charging Thomas J. Connerton with securities fraud related to a September 26, 2015 securities sale to Stacey Maclay in the amount of $25,000, we the jury unanimously find Mr. Connerton:

\_\_\_\_\_ Not Guilty    ✓ Guilty

With respect to COUNT TWENTY-NINE, charging Thomas J. Connerton with securities fraud related to a December 28, 2015 securities sale to Margaret Carlson in the amount of $12,500, we the jury unanimously find Mr. Connerton:

\_\_\_\_\_ Not Guilty    ✓ Guilty

With respect to COUNT THIRTY, charging Thomas J. Connerton with securities fraud related to a March 23, 2016 securities sale to H. Brett Humphreys in the amount of $75,000, we the jury unanimously find Mr. Connerton:

\_\_\_\_\_ Not Guilty    ✓ Guilty

5

With respect to COUNT THIRTY-ONE, charging Thomas J. Connerton with securities fraud related to a May 16, 2016 securities sale to George Nicita in the amount of $30,000, we the jury unanimously find Mr. Connerton:

_____ Not Guilty          ___✓___ Guilty


IV. **Illegal Monetary Transactions**

With respect to COUNT THIRTY-THREE, charging Thomas J. Connerton with illegal monetary transactions related to a February 14, 2013 check (# 1327) in the amount of $22,902, we the jury unanimously find Mr. Connerton:

_____ Not Guilty          ___✓___ Guilty


With respect to COUNT THIRTY-FOUR, charging Thomas J. Connerton with illegal monetary transactions related to a September 29, 2015 withdrawal of $10,221, we the jury unanimously find Mr. Connerton:

_____ Not Guilty          ___✓___ Guilty


With respect to COUNT THIRTY-FIVE, charging Thomas J. Connerton with illegal monetary transactions related to a March 28, 2016 check (# 1039) in the amount of $22,000, we the jury unanimously find Mr. Connerton:

_____ Not Guilty          ___✓___ Guilty


With respect to COUNT THIRTY-SIX, charging Thomas J. Connerton with illegal monetary transactions related to a May 21, 2016 check (# 1056) in the amount of $19,692.71, we the jury unanimously find Mr. Connerton:

_____ Not Guilty          ___✓___ Guilty

## V. Tax Evasion

With respect to COUNT THIRTY-NINE, charging Thomas J. Connerton with tax evasion, we the jury unanimously find Mr. Connerton:

_____ Not Guilty            √ Guilty

*Please sign and date this verdict form.*

_____            09/17/2018
Foreperson                                                                     Date